UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY HOUGHTON | CIVIL ACTION |
| VERSUS | NO: 24-1311 |
| MALIN INTEGRATED HANDLING | SECTION: "A" (4) |

**MINUTE ENTRY (JS-10: 20)**

On June 18, 2025, the Court held a status conference with the following counsel in attendance: Alistair Adkinson for Plaintiff; Carl Griffin for Defendant; Blaine Aydell for Intervenor Travelers Property Casualty Company of America. The Court set the conference in light of the **Joint Motion to Continue Trial (Rec. Doc. 29)**.

At the conference, the parties apprised the Court as to the status of discovery in this matter and as to certain complications the parties are facing—namely, that identification of the forklift involved in the underlying complaint has caused a delay. The Court is satisfied that a short continuance is necessary.

Accordingly;

**IT IS ORDERED** that the **Joint Motion to Continue Trial (Rec. Doc. 29) is GRANTED.**

**IT IS FURTHER ORDERED** that the pretrial conference set on **Thursday, July 31, 2025, at 11:30 a.m.** is **CONVERTED** to a status conference and **RESET** at **10:30 a.m.**

**IT IS FURTHER ORDERED** that all deadlines are **EXTENDED,** and the trial is **CONTINUED to be reset** at the July 31, 2025 status conference. The parties **shall** submit to the Court a joint proposed case management order **no later than Tuesday, July 29, 2025, at noon.**

\* \* \* \* \* \* \*

*[Signature: Jay C. Zainey]*