UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY HOUGHTON | CIVIL ACTION |
| VERSUS | NO: 24-1311 |
| MALIN INTEGRATED HANDLING | SECTION: "A" (4) |

**MINUTE ENTRY (JS-10: 15)**

On August 26, 2025, the Court held a status conference with the following counsel in attendance: Alistair Adkinson for Plaintiff; Carl Griffin for Defendant; Blaine Aydell[1] for Intervenor Travelers Property Casualty Company of America. The Court set this conference at the July 31, 2025, status conference in light of the Joint Motion to Continue Trial (Rec. Doc. 29).[2]

At the conference, the parties apprised the Court as to the status of discovery in this matter and as to certain complications the parties are facing—namely, that identification of the forklift involved in the underlying complaint has caused a delay.

Accordingly;

The Court set a follow-up status conference on **Wednesday, November 12, 2025, at 10:45 a.m.**, IN CHAMBERS. Counsel for Intervenor Travelers Property Casualty Company of America will be permitted to participate by phone.

The Court declined to set a new trial date at this time and ordered that parties shall submit to the Court a joint proposed case management order no later than **Monday, November 10, 2025, at noon.**

---

[1] With the Court's permission, Blaine Aydell participated by phone.

[2] *See* Rec. Doc. 35.

1

2

The Court further ordered that all non-medical depositions shall be concluded no later than **Friday, October 31, 2025**. These depositions include identified employees of Defendant, and the depositions that have already been noticed.

The Court further ordered that all other outstanding discovery shall be completed by **Friday, October 31, 2025.** The Court will consider extending discovery deadlines based on just cause after depositions have been taken.

\* \* \* \* \* \* \* \*

*[Signature: Jay C. Zainey]*