UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMMY HOUGHTON                                         CIVIL ACTION

VERSUS                                                 NO: 24-1311

MALIN INTEGRATED HANDLING                              SECTION: "A" (4)

**MINUTE ENTRY (JS-10: 25)**

On November 12, 2025, the Court held a telephone conference with the following counsel participating: Alistair Adkinson for Plaintiff; Carl Griffin for Defendant; Blaine Aydell for Intervenor Travelers Property Casualty Company of America. The Court set this conference at the to discuss deadlines and choose a new trial date.

At the conference, the parties updated the Court as to the status of discovery in this matter—namely, that they have identified the forklift involved in the underlying complaint and that all service records have been produced. The Court reviewed the parties' Proposed Joint Case Management Plan and Scheduling Order sent via email on November 10, 2025.

Accordingly;

**Discovery**

**Fact Discovery Deadline:**

Depositions of all fact witnesses shall be concluded by **Wednesday, December 31, 2025**. The Court will consider granting an extension of this deadline based on good cause.

**Expert Deadlines**:

| | |
|---|---|
| Plaintiffs' Expert Report Deadline: | **Friday, January 30, 2026**. |
| Deadline to depose Plaintiffs' expert(s): | **Monday, February 16, 2026**. |
| Defendants' Expert Report Deadline: | **Monday, March 16, 2026**. |
| Deadline to depose Defendants' expert(s): | **Monday, April 6, 2026**. |

1

**Motions**

Dispositive Motions shall be noticed for submission no later than **Thursday, April 30, 2026**.

Motions in Limine shall be noticed for submission no later than **Tuesday, June 30, 2026**.

**Settlement Conference**

The parties shall conduct a settlement conference before Magistrate Judge Karen Wells Roby no later than **Thursday, April 30, 2026**.

**Pretrial Conference**                     **Wednesday, July 1, 2026, at 10:45 a.m.**

**Trial**                                                **Monday, August 17, 2026, at 8:30 a.m.**

* * * * * * * *